Certificate Number: 16339-PAE-DE-040891230

Bankruptcy Case Number: 26-11209



16339-PAE-DE-040891230

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 22, 2026, at 11:35 o'clock PM EDT, Robert Stevenson completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 22, 2026          By:     /s/Kris Krumal

Name:   Kris Krumal

Title:   Certified Financial Counselor