United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11209-djb |
| Robert T. Stevenson | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2026 | Form ID: 318 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert T. Stevenson, 430 Maple Street, Jenkintown, PA 19046-2723 |
| 15119580 | | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, St Louis, MO 63179-0040 |
| 15119603 | + | Zip Inc., 156 2nd St, San Francisco, CA 94105-3724 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 11 2026 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 11 2026 04:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15119571 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jul 11 2026 00:27:21 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15119572 | ^ | MEBN | Jul 11 2026 00:15:35 | Afterpay US Services, LLC, 760 Market St Fl 2 Unit 2.03, San Francisco, CA 94102-2402 |
| 15119573 | | EDI: GMACFS.COM | Jul 11 2026 04:17:00 | Ally Financial, P.O. Box 130424, Saint Paul, MN 55113-0004 |
| 15119574 | | EDI: GMACFS.COM | Jul 11 2026 04:17:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15119575 | + | Email/PDF: bncnotices@becket-lee.com | Jul 11 2026 00:27:04 | Amex, Correspondence/Bankruptcy, P.O. Box 981535, El Paso, TX 79998-1535 |
| 15119576 | + | EDI: BANKAMER | Jul 11 2026 04:17:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15119577 | | EDI: TSYS2 | Jul 11 2026 04:17:00 | Barclays Bank Delaware, Attn: Bankruptcy, 125 S West St, Wilmington, DE 19801-5014 |
| 15119601 | | Email/Text: megan.harper@phila.gov | Jul 11 2026 00:17:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15119583 | | Email/Text: IBNK@conserve-arm.com | Jul 11 2026 00:17:00 | ConServe, Attn: Bankruptcy Dept, 200 CrossKeys Office Park, Fairport, NY 14450 |
| 15119578 | | EDI: JPMORGANCHASE | Jul 11 2026 04:17:00 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15119579 | + | EDI: CITICORP | Jul 11 2026 04:17:00 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15119581 | + | EDI: CITICORP | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jul 10, 2026 | Form ID: 318 | Total Noticed: 36

| | | | |
|---|---|---|---|
| | | Jul 11 2026 04:17:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790046, Saint Louis, MO 63179-0046 |
| 15119582 | + EDI: WFNNB.COM | Jul 11 2026 04:17:00 | Comenity/Hot Topic, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 15119584 | ^ MEBN | Jul 11 2026 00:15:58 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 15119585 | EDI: DISCOVER | Jul 11 2026 04:17:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 15119586 | + EDI: DISCOVERPL | Jul 11 2026 04:17:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 15119587 | EDI: DISCOVERSL.COM | Jul 11 2026 04:17:00 | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 15119588 | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jul 11 2026 00:17:00 | Fm/olympic Student Loa, 121 South 13th Street, Lincoln, NE 68508 |
| 15119589 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jul 11 2026 00:17:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, P.O. Box 70379, Philadelphia, PA 19176-0379 |
| 15119590 | EDI: IRS.COM | Jul 11 2026 04:17:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15119591 | EDI: JPMORGANCHASE | Jul 11 2026 04:17:00 | JPMorgan Chase Bank N.A., Bankruptcy Mail Intake Team, 700 Kansas Ln Fl 1, Monroe, LA 71203-4774 |
| 15119592 | + Email/Text: bankruptcygroup@peco-energy.com | Jul 11 2026 00:17:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15119594 | ^ MEBN | Jul 11 2026 00:15:38 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15119593 | EDI: PENNDEPTREV | Jul 11 2026 04:17:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15119595 | Email/Text: bankruptcy@philapark.org | Jul 11 2026 00:17:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15119596 | + Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jul 11 2026 00:17:00 | Progressive, 300 North Commons Blvd, Mayfield Village, OH 44143-1589 |
| 15119597 | EDI: SYNC | Jul 11 2026 04:17:00 | Syncb/hdceap, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 15119598 | + EDI: SYNC | Jul 11 2026 04:17:00 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 15119599 | + EDI: SYNC | Jul 11 2026 04:17:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 15119600 | EDI: SYNC | Jul 11 2026 04:17:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 15119602 | + EDI: WFHOME | Jul 11 2026 04:17:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus MAC X2303-01A 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 10, 2026 | Form ID: 318 | Total Noticed: 36

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2026        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| MICHAEL A. CIBIK | on behalf of Debtor Robert T. Stevenson help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert T. Stevenson | Social Security number or ITIN   xxx–xx–5821 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _  EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   26–11209–djb | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Robert T. Stevenson

7/9/26

**By the court:**  Derek J Baker
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

Official Form 318      **Order of Discharge**      page 2