*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                                    : Chapter 7


Robert T. Stevenson                                          : Case No. 26–11209–djb
              Debtor(s)


### *ORDER*
_____


AND NOW, this day , July 15, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                                                  By The Court

                                                  Derek J Baker
                                                  Judge, United States Bankruptcy Court


                                                                              14
                                                                        Form 195